UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: CHRISTINE A. WHITE, | : | Case No. 17-18293REF |
| Debtor | : | Chapter 7 |

---

| | | |
|---|---|---|
| LYNN E. FELDMAN, | : | |
| Chapter 7 Trustee, | : | |
| Plaintiff | : | |
| v. | : | Adv. No. 18-0131 |
| PEOPLE FIRST FEDERAL | : | |
| CREDIT UNION, | : | |
| Defendant | : | |

# REVISED[4] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

AND NOW, this 8 day of May, 2019, upon the discussion and reasons in the accompanying Statement In Support of Order Granting Plaintiff's Motion For Summary Judgment entered in this adversary proceeding of even date herewith,

IT IS HEREBY ORDERED that Plaintiff/Trustee's Motion for Summary Judgment is GRANTED and JUDGMENT on the Complaint is HEREBY ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT.

IT IS FURTHER ORDERED that People's Cross-Motion for Summary Judgment is DENIED.

BY THE COURT

_[signature]_
RICHARD E. FEHLING
Chief United States Bankruptcy Judge

---

[4] Revised solely to correct name of Defendant.

13